USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONATAN MARTINEZ ALFONSO,
individually and on behalf of all other persons
similarly situated,

           Plaintiff,

-against-

384 3rd AVE REST LLC d/b/a TARA ROSE and
KEVIN DOHERTY, as individuals,

           Defendants.

21 Civ. 5316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' deadline to submit a joint letter and proposed case management plan is ADJOURNED to **November 22, 2021**, to allow mediation to proceed.

    SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge