

**HELEN F. DALTON & ASSOCIATES**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021

December 20, 2021

**Via ECF**
The Honorable Judge Analisa Torres
United States District Court
Southern District of New York

Re: **Alfonso et al v. 384 3rd Ave Rest LLC et al**
    21-cv-05316 (AT)

Dear Judge Torres:

    We represent the Plaintiffs in the above-referenced matter and we submit this letter to respectfully request an extension of time to file the settlement agreement and motion for settlement approval. We attempted to contact Defendants' counsel to obtain their consent before filing, however, we were unable to reach them at this time. However, we have no reason to believe that Defendants would not consent to this instant request. This is the first request for an extension of time to file the settlement agreement and motion for settlement approval, which is due today per the Court's November 23, 2021 Order [Dkt. No. 22].

    Due to the recent spike in COVID-19 cases affecting Plaintiffs' counsel's office and in light of the upcoming holidays, we respectfully request an additional three (3) weeks to file the motion for settlement approval and settlement agreement in this matter. If this request is granted, the Parties will file the motion for settlement approval and the settlement agreement on or before January 10, 2022.

    We thank Your Honor for her consideration on this matter and remain available to provide any additional information.

GRANTED.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

ANALISA TORRES
United States District Judge