UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONATAN MARTINEZ ALFONSO,
individually and on behalf of all other persons
similarly situated,

                Plaintiff,

-against-

384 3rd AVE REST LLC d/b/a TARA ROSE and
KEVIN DOHERTY, as individuals,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/2022__
```

21 Civ. 5316 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 21, 2021, the Court granted the parties' request for a three-week extension to file their motion for settlement approval and the settlement agreement. ECF No. 24. The extended deadline has now passed. *Id.* By **January 14, 2022**, the parties shall file the motion for settlement or a joint letter stating why the deadline was missed.

    SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge