UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONATAN MARTINEZ ALFONSO, individually and on behalf of all others similarly situated,

                Plaintiff,

        v.

384 3RD AVE REST LLC d/b/a TARA ROSE and KEVIN DOHERTY, as individuals,

                Defendants.

Docket No. 1:21-cv-05316

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the Parties to the above-entitled action, that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees or costs to any Party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the Clerk of the United States District Court for the Southern District of New York, without further notice.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Court, the United States District Court for the Southern District of New York, shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

14613650.1 7/26/2022

SO STIPULATED:

| HELEN F. DALTON & ASSOCIATES, PC | BOND SCHOENECK & KING PLLC |
|---|---|
| By: *James O'Donnell* <br> James O'Donnell, Esq. <br> 80-02 Kew Gardens Road, Suite 601 <br> Kew Gardens, New York 11415 <br> *Attorneys for Plaintiff* | By: *Mallory Campbell* <br> Gregory B. Reilly, Esq. <br> 600 Third Avenue, 22nd Floor <br> New York, New York 10016 <br> *Attorneys for Defendant* |

**SO ORDERED:**   8/2/2022

*Sarah Cave*
**Sarah L. Cave**
**United States Magistrate Judge**

14613650.1 7/26/2022